# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICKEL ROACH and
GRACE DECKER,

                                              CASE NO.: 8:25-cv-2856-KKM-AAS

        Plaintiffs,

v.

1100 CLEVELAND LLC, et al.,

        Defendants.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiffs, MICKEL ROACH and GRACE DECKER, by and through their undersigned counsel, hereby give notice of voluntary dismissal with prejudice of the Complaint filed against Defendant, TRANS UNION, LLC, in the above-styled action, with each party to bear their own costs and attorneys' fees.

Dated: <u>May 13, 2026.</u>

                                      Respectfully submitted,

                                      */s/ Jack Mattson*
                                      Jack M. Mattson
                                      Florida Bar No. 1049079
                                      SOUTHRON FIRM, P.A.
                                      400 N. Ashley Dr.

1

Tampa, FL, 33602
Suite 720
jack@southronfirm.com
eservice@southronfirm.com
Attorney for *Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2026, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system on May 16, 2026, and that a true and correct copy of the foregoing document has been provided to all counsel of record or unrepresented parties on the servicelist.

*/s/ Jack Mattson*
Jack Mattson, Esq.
Florida Bar No.: 1049079

2